363 P.2d 636

**Carroll W. PARIS, Petitioner,**

v.

**Harold A. COX, Ben F. Branch, Dr. Zucal and the State of New Mexico, Respondents.**

No. 7019.

Supreme Court of New Mexico.

Aug. 9, 1961.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for leave to sue the state of New Mexico is denied.

363 P.2d 636

**Raymond REED, Jr., Petitioner,**

v.

**Hon. Samuel Z. MONTOYA, District Judge, First Judicial District, Respondent.**

No. 6725.

Supreme Court of New Mexico.

Aug. 11, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that petition for writ of mandamus filed herein be and the same is hereby denied.